UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES DISTRICT COURT

           Plaintiff,           Case No. 2:16-cr-16

v.           HON. ROBERT HOLMES BELL

JOSHUA ALLEN LALONDE

           Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on August 19, 2016 for an initial appearance and arraignment on the indictment charging him with Assault by Strangulation and Assault by Striking, Beating or Wounding.  Pretrial services recommend detention and the government agrees with that recommendation and requested 3 days to prepare for a detention hearing.  Defendant will be given time to consult with his attorney and a detention hearing will be set.

Defendant shall be detained pending further proceedings.

IT IS ORDERED

Dated:  8/19/2016           */s/ Timothy P. Greeley*
           TIMOTHY P. GREELEY
           U.S. MAGISTRATE JUDGE