UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES DISTRICT COURT

                Plaintiff,              Case No. 2:16-cr-16

v.                           HON.ROBERT HOLMES BELL

JOSHUA ALLEN LALONDE

                Defendant.
_____/

## SUPPLEMENT TO ORDER OF DETENTION

Defendant appeared with counsel before the undersigned on August 24, 2016 for a detention hearing.  At that time, defense counsel advised the Court that she needed time to further investigate the issue of detention and the hearing was adjourned to be rescheduled at the request of the defendant.

For reasons stated on the record, defendant shall not have contact with KMM, the victim in this matter,  without prior approval of pretrial services.  Additionally,  if defendant has approval to contact the victim, he will not discuss this case with her and will not cause or encourage a third party to have such contact or discussions with the victim.

Defendant shall remain detained pending further proceedings.

IT IS ORDERED

Dated:  8/24/2016                _/s/ Timothy P. Greeley_____
                                 TIMOTHY P. GREELEY
                                 U.S. MAGISTRATE JUDGE