UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-16 |
| Plaintiff, | Hon. Robert J. Jonker<br>Chief U.S. District Judge |
| v. | |
| JOSHUA ALLEN LaLONDE, | |
| Defendant. | |
| _____/ | |

## ORDER OF DETENTION

Defendant Joshua Allen LaLonde appeared before the undersigned on December 21, 2020 for his initial appearance on a Probation Petition for Offender Under Supervision. (ECF No. 87 (Petition dated Dec. 11, 2020).) LaLonde was advised of his rights and the alleged violations, as required by Fed. R. Crim. P. 32.1. Assistant Federal Defender Elizabeth A. LaCosse was appointed to represent LaLonde.

Defense counsel indicated that she would be meeting with her client soon to discuss detention and preliminary hearings and she will contact the Court to schedule them if necessary.

Defendant will remain detained pending further proceedings.

IT IS ORDERED.


Date:   January 8, 2021            /s/ *Maarten Vermaat*
                                    MAARTEN VERMAAT
                                    U.S. MAGISTRATE JUDGE